# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

CLINT COOPER and : CIVIL ACTION
KIMBERLY A. COOPER,
:
    Plaintiffs,
:
    v.
:
COOPER TIRE &
RUBBER COMPANY, :

    Defendant. : NO. CV295-54

## O R D E R

It appearing to the Court that counsel for Defendant has shown cause why the sealed materials filed in this case should remained sealed (see Doc. No. 459), counsel is ordered to retrieve said materials for safekeeping within ten (10) days from the date of entry of this Order.

Failure of counsel to retrieve these materials will result in the unsealing of the documents by the Clerk. The Clerk of Court is directed to unseal said materials and transfer them

to the Federal Records Center if the documents are not retrieved within the prescribed period of time.

**SO ORDERED**, this ___6th___ day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:  2:95-cv-00054
Date Served:  May 6, 2005
Served By:    Sherry L. Taylor

Attorneys Served:

    Scott R. Pinzone, Esq.
    Wallace E. Harrell III, Esq.
    Donald M. McManus Jr., Esq.
    W. Wray Eckl, Esq.
    Wallace E. Harrell, Esq.
    Jeffrey B. Grimm, Esq.
    Daniel B. Snipes, Esq.
    James B. Franklin, Esq.
    Elizabeth F. Bunce, Esq.
    William Richard Rice, Esq.
    Rowe Brogdon, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

✓ Copy given to Magistrate